**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| NELSON L. CARCAMO     * | |
|                       * | |
|      PLAINTIFF,     * | |
|                       * | |
| v.     * | Case No.: 1:20-cv-00766-MSN |
|                       * | |
| S. A. HOME IMPROVEMENT, INC., *et al.*     * | |
|                       * | |
|      DEFENDANTS.     * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

On May 6, 2021, the Parties entered into an agreement to settle the above-referenced case. Having conducted the settlement conference and having been involved in the settlement discussions in this matter, the undersigned finds that the Parties' settlement is reasonable under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and that the rights of all Parties have been protected adequately in the course of these proceedings. Accordingly, it is hereby

ORDERED that the settlement is approved. It is further

ORDERED that Plaintiff shall file a stipulation of dismissal consistent with the terms in the executed settlement agreement.

/s/
The Honorable Michael S. Nachmanoff
United States Magistrate Judge

May 11, 2021
Alexandria, Virginia